United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM DANIELLYS MORALES-GRANADO, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-070 |
| MARKWAYNE MULLIN, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Petitioner William Daniellys Morales-Granado seeks reconsideration of the Court's Order (Doc. 8) denying him habeas relief. (Motion, Doc. 10)

To succeed on a motion under Federal Rule of Civil Procedure 59(e), a party "must clearly establish either a manifest error of law or fact or must present newly discovered evidence[.]" *Rosenzweig v. Azurix Corp.*, 332 F.3d 854, 863 (5th Cir. 2003). A manifest error is one that "is plain and indisputable, and that amounts to a complete disregard of the controlling law[.]" *Guy v. Crown Equip. Corp.*, 394 F.3d 320, 325 (5th Cir. 2004).

The Court has reviewed the Motion, Respondents' Response (Doc. 11), the record, and the applicable law. The Court concludes that Petitioner has not established any error of law, much less a manifest error. He also has not provided newly discovered evidence that materially alters the Court's analysis. Accordingly, it is:

**ORDERED** that Petitioner William Daniellys Morales-Granado's Motion to Reconsider Order Denying First Amended Petition for Writ of Habeas Corpus Pursuant to Federal Rule of Civil Procedure 59(e) and 60(b) (Doc. 10) is **DENIED**.

Signed on June 22, 2026.

Fernando Rodriguez, Jr.
United States District Judge